UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Stacy L. Feeney, et al.</u>

      v.           Civil No. 05-cv-461-JD

<u>Edith S. Kressy, et al.</u>

ORDER OF DISMISSAL

  In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

  SO ORDERED.

July 23, 2007           /s/ Joseph A. DiClerico, Jr.
                 Joseph A. DiClerico, Jr.
                 United States District Judge

cc:  Donald Hebert, Esq.
    Michael Murphy, Esq.
    Anderson Kressy, Esq.
    Cheryl Hieber, Esq.
    Andrew Livernois, Esq.